**gusto**

# Earnings Statement

|  |  |
|---|---|
| **Company** | **Employee** |
| TrueGrit Construction LLC | William Esworthy |
| 101 Daytona Ave | XXX-XX-6682 |
| Cherry Hill, NJ 08034 | 10 Street Rd |
| 856-313-3410 | Newtown Square, PA 19073 |

Pay period: Jan 12, 2026 - Jan 18, 2026 Pay Day: Jan 23, 2026
William ( . . . 5842): $761.45

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $30.00 | 30.167 | $905.01 | $2,382.03 |
| Paid Holidays | | | | $480.00 |
| **Totals** | | **30.167** | **$905.01** | **$2,862.03** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $66.68 | $178.32 |
| Social Security | $56.11 | $177.45 |
| Medicare | $13.12 | $41.50 |
| NJ Employee SUI | $3.85 | $12.17 |
| NJ Family Leave Insurance | $2.08 | $6.58 |
| NJ Employee SDI | $1.72 | $5.44 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $56.11 | $177.45 |
| Medicare | $13.12 | $41.50 |
| FUTA | $5.43 | $17.18 |
| NJ Employer SUI | $24.28 | $76.78 |
| NJ WF/SWF | $1.06 | $3.35 |
| NJ Employer SDI | $4.53 | $14.32 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $905.01 | $2,862.03 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $143.56 | $421.46 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $761.45 | $2,440.57 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $761.45 | $2,440.57 |
| Total Hours Worked | 30.167 | 95.4 |

**gusto**

# Earnings Statement

| Company | Employee |
|---|---|
| TrueGrit Construction LLC | William Esworthy |
| 101 Daytona Ave | XXX-XX-6682 |
| Cherry Hill, NJ 08034 | 10 Street Rd |
| 856-313-3410 | Newtown Square, PA 19073 |

Pay period: Jan 19, 2026 - Jan 25, 2026 Pay Day: Jan 30, 2026
William ( . . . 5842): $547.58

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $30.00 | 21.2 | $636.00 | $3,018.03 |
| Paid Holidays | | | | $480.00 |
| **Totals** | | **21.2** | **$636.00** | **$3,498.03** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $34.40 | $212.72 |
| Social Security | $39.43 | $216.88 |
| Medicare | $9.22 | $50.72 |
| NJ Employee SUI | $2.70 | $14.87 |
| NJ Family Leave Insurance | $1.46 | $8.04 |
| NJ Employee SDI | $1.21 | $6.65 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $39.43 | $216.88 |
| Medicare | $9.22 | $50.72 |
| FUTA | $3.82 | $21.00 |
| NJ Employer SUI | $17.06 | $93.84 |
| NJ WF/SWF | $0.75 | $4.10 |
| NJ Employer SDI | $3.18 | $17.50 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $636.00 | $3,498.03 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $88.42 | $509.88 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $547.58 | $2,988.15 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $547.58 | $2,988.15 |
| Total Hours Worked | 21.2 | 116.6 |

**gusto**

# Earnings Statement

Pay period: Jan 26, 2026 - Feb 1, 2026 Pay Day: Feb 6, 2026
William ( . . . 5842): $211.85

| **Company** | **Employee** |
|---|---|
| TrueGrit Construction LLC | William Esworthy |
| 101 Daytona Ave | XXX-XX-6682 |
| Cherry Hill, NJ 08034 | 10 Street Rd |
| 856-313-3410 | Newtown Square, PA 19073 |

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $30.00 | 7.717 | $231.51 | $3,249.54 |
| Paid Holidays | | | | $480.00 |
| **Totals** | | **7.717** | **$231.51** | **$3,729.54** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $0.00 | $212.72 |
| Social Security | $14.35 | $231.23 |
| Medicare | $3.36 | $54.08 |
| NJ Employee SUI | $0.98 | $15.85 |
| NJ Family Leave Insurance | $0.53 | $8.57 |
| NJ Employee SDI | $0.44 | $7.09 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $14.35 | $231.23 |
| Medicare | $3.36 | $54.08 |
| FUTA | $1.39 | $22.39 |
| NJ Employer SUI | $6.21 | $100.05 |
| NJ WF/SWF | $0.27 | $4.37 |
| NJ Employer SDI | $1.16 | $18.66 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $231.51 | $3,729.54 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $19.66 | $529.54 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $211.85 | $3,200.00 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $211.85 | $3,200.00 |
| Total Hours Worked | 7.717 | 124.32 |

**gusto**

# Earnings Statement

Pay period: Feb 2, 2026 - Feb 8, 2026 Pay Day: Feb 13, 2026
William ( . . . 5842): $545.98

| **Company** | **Employee** |
|---|---|
| TrueGrit Construction LLC | William Esworthy |
| 101 Daytona Ave | XXX-XX-6682 |
| Cherry Hill, NJ 08034 | 10 Street Rd |
| 856-313-3410 | Newtown Square, PA 19073 |

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $30.00 | 21.133 | $633.99 | $3,883.53 |
| Paid Holidays | | | | $480.00 |
| **Totals** | | **21.133** | **$633.99** | **$4,363.53** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $34.16 | $246.88 |
| Social Security | $39.31 | $270.54 |
| Medicare | $9.19 | $63.27 |
| NJ Employee SUI | $2.69 | $18.54 |
| NJ Family Leave Insurance | $1.46 | $10.03 |
| NJ Employee SDI | $1.20 | $8.29 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $39.31 | $270.54 |
| Medicare | $9.19 | $63.27 |
| FUTA | $3.80 | $26.19 |
| NJ Employer SUI | $17.01 | $117.06 |
| NJ WF/SWF | $0.74 | $5.11 |
| NJ Employer SDI | $3.17 | $21.83 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $633.99 | $4,363.53 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $88.01 | $617.55 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $545.98 | $3,745.98 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $545.98 | $3,745.98 |
| Total Hours Worked | 21.133 | 145.45 |

**gusto**

# Earnings Statement

| Company | Employee |
|---|---|
| TrueGrit Construction LLC<br>101 Daytona Ave<br>Cherry Hill, NJ 08034<br>856-313-3410 | William Esworthy<br>XXX-XX-6682<br>10 Street Rd<br>Newtown Square, PA 19073 |

Pay period: Feb 9, 2026 - Feb 15, 2026 Pay Day: Feb 20, 2026
William ( . . . 5842): $137.72

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $30.00 | 5.017 | $150.51 | $4,034.04 |
| Paid Holidays | | | | $480.00 |
| **Totals** | | **5.017** | **$150.51** | **$4,514.04** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $0.00 | $246.88 |
| Social Security | $9.33 | $279.87 |
| Medicare | $2.18 | $65.45 |
| NJ Employee SUI | $0.64 | $19.18 |
| NJ Family Leave Insurance | $0.35 | $10.38 |
| NJ Employee SDI | $0.29 | $8.58 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $9.33 | $279.87 |
| Medicare | $2.18 | $65.45 |
| FUTA | $0.90 | $27.09 |
| NJ Employer SUI | $4.04 | $121.10 |
| NJ WF/SWF | $0.18 | $5.29 |
| NJ Employer SDI | $0.75 | $22.58 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $150.51 | $4,514.04 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $12.79 | $630.34 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $137.72 | $3,883.70 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $137.72 | $3,883.70 |
| Total Hours Worked | 5.017 | 150.47 |

**gusto**

# Earnings Statement

|  |  |
|---|---|
| **Company** | **Employee** |
| TrueGrit Construction LLC | William Esworthy |
| 101 Daytona Ave | XXX-XX-6682 |
| Cherry Hill, NJ 08034 | 10 Street Rd |
| 856-313-3410 | Newtown Square, PA 19073 |

Pay period: Feb 16, 2026 - Feb 22, 2026 Pay Day: Feb 27, 2026
William ( . . . 5842): $749.52

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $30.00 | 29.667 | $890.01 | $4,924.05 |
| Paid Holidays | | | | $480.00 |
| **Totals** | | **29.667** | **$890.01** | **$5,404.05** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $64.88 | $311.76 |
| Social Security | $55.18 | $335.05 |
| Medicare | $12.91 | $78.36 |
| NJ Employee SUI | $3.78 | $22.96 |
| NJ Family Leave Insurance | $2.05 | $12.43 |
| NJ Employee SDI | $1.69 | $10.27 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $55.18 | $335.05 |
| Medicare | $12.91 | $78.36 |
| FUTA | $5.34 | $32.43 |
| NJ Employer SUI | $23.87 | $144.97 |
| NJ WF/SWF | $1.05 | $6.34 |
| NJ Employer SDI | $4.45 | $27.03 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $890.01 | $5,404.05 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $140.49 | $770.83 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $749.52 | $4,633.22 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $749.52 | $4,633.22 |
| Total Hours Worked | 29.667 | 180.14 |

# gusto

## Earnings Statement

Pay period: Feb 23, 2026 - Mar 1, 2026 Pay Day: Mar 6, 2026
TOTAL CHECKING ( . . . 3952): $640.21

| **Company** | **Employee** |
|---|---|
| TrueGrit Construction LLC | William Esworthy |
| 101 Daytona Ave | XXX-XX-6682 |
| Cherry Hill, NJ 08034 | 10 Street Rd |
| 856-313-3410 | Newtown Square, PA 19073 |

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $30.00 | 25.084 | $752.52 | $5,676.57 |
| Paid Holidays | | | | $480.00 |
| **Totals** | | **25.084** | **$752.52** | **$6,156.57** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $48.38 | $360.14 |
| Social Security | $46.66 | $381.71 |
| Medicare | $10.91 | $89.27 |
| NJ Employee SUI | $3.20 | $26.16 |
| NJ Family Leave Insurance | $1.73 | $14.16 |
| NJ Employee SDI | $1.43 | $11.70 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $46.66 | $381.71 |
| Medicare | $10.91 | $89.27 |
| FUTA | $4.52 | $36.95 |
| NJ Employer SUI | $20.19 | $165.16 |
| NJ WF/SWF | $0.88 | $7.22 |
| NJ Employer SDI | $3.76 | $30.79 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $752.52 | $6,156.57 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $112.31 | $883.14 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $640.21 | $5,273.43 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $640.21 | $5,273.43 |
| Total Hours Worked | 25.084 | 205.22 |

# gusto

# Earnings Statement

Pay period: Mar 2, 2026 - Mar 8, 2026 Pay Day: Mar 13, 2026

| **Company** | **Employee** |
|---|---|
| TrueGrit Construction LLC | William Esworthy |
| 101 Daytona Ave | XXX-XX-6682 |
| Cherry Hill, NJ 08034 | 10 Street Rd |
| 856-313-3410 | Newtown Square, PA 19073 |

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $30.00 | 0.0 | $0.00 | $5,676.57 |
| Paid Holidays | | | | $480.00 |
| **Totals** | | **0.0** | **$0.00** | **$6,156.57** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $0.00 | $360.14 |
| Social Security | $0.00 | $381.71 |
| Medicare | $0.00 | $89.27 |
| NJ Employee SUI | $0.00 | $26.16 |
| NJ Family Leave Insurance | $0.00 | $14.16 |
| NJ Employee SDI | $0.00 | $11.70 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $0.00 | $381.71 |
| Medicare | $0.00 | $89.27 |
| FUTA | $0.00 | $36.95 |
| NJ Employer SUI | $0.00 | $165.16 |
| NJ WF/SWF | $0.00 | $7.22 |
| NJ Employer SDI | $0.00 | $30.79 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $0.00 | $6,156.57 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $0.00 | $883.14 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $0.00 | $5,273.43 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $0.00 | $5,273.43 |
| Total Hours Worked | 0.0 | 205.22 |

# gusto

# Earnings Statement

Pay period: Mar 9, 2026 - Mar 15, 2026 Pay Day: Mar 20, 2026
TOTAL CHECKING ( . . . 3952): $592.12

| Company | Employee |
|---|---|
| **Company** | **Employee** |
| TrueGrit Construction LLC | William Esworthy |
| 101 Daytona Ave | XXX-XX-6682 |
| Cherry Hill, NJ 08034 | 10 Street Rd |
| 856-313-3410 | Newtown Square, PA 19073 |

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $30.00 | 23.067 | $692.01 | $6,368.58 |
| Paid Holidays | | | | $480.00 |
| **Totals** | | **23.067** | **$692.01** | **$6,848.58** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $41.12 | $401.26 |
| Social Security | $42.90 | $424.61 |
| Medicare | $10.03 | $99.30 |
| NJ Employee SUI | $2.94 | $29.10 |
| NJ Family Leave Insurance | $1.59 | $15.75 |
| NJ Employee SDI | $1.31 | $13.01 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $42.90 | $424.61 |
| Medicare | $10.03 | $99.30 |
| FUTA | $4.15 | $41.10 |
| NJ Employer SUI | $18.56 | $183.72 |
| NJ WF/SWF | $0.81 | $8.03 |
| NJ Employer SDI | $3.46 | $34.25 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $692.01 | $6,848.58 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $99.89 | $983.03 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $592.12 | $5,865.55 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $592.12 | $5,865.55 |
| Total Hours Worked | 23.067 | 228.29 |