# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No.  26-11220 |
| William Esworthy, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on March 26, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: March 26, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

**Method of Service: First Class Mail**

FC Marketplace, LLC
c/o Burnstein-Burkley, P.C.
601 Grant St Fl 9
Pittsburgh, PA 15219-4430


GM Financial
P.O. Box 183853
Arlington, TX 76096


Headway Capital, LLC
c/o Zwicker & Associates, P.C.
900 Northbrook Dr Ste 102
Fstrvl Trvose, PA 19053-8432


Penn Medicine
Attn: Bankruptcy
P.O. Box 824406
Philadelphia, PA 19182


Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

PNC Financial/PNC Bank
Attn: Bankruptcy
300 Fifth Ave
Pittsburgh, PA 15222