PDP  ELECTRONIC  TITLE  DOCUMENT


ELT*PA    : ELT - PENNSYLVANIA
Title #: 82237204                                    Title Type :
Issue Date:                          Lic/Tag/Control #:


VIN . . . . . . . :    1GB4YLE75LF245769

Vehicle Info. . . :    2020 CHEV TK


Odometer Reading :    0000051
        Date  . :
        Status  :


Owner Information . :    XPERT TOWERS LLC
Co-Owner . . . . . :


Owner address . . . :    10 STREET RD

                         NEWTOWN SQ
                         PA    19073


Lienholder Information: AMERICREDIT FINANCIAL SERVICES, INC.
                        PO BOX 1510

                        COCKEYSVILLE
                        MD    21030

2nd Lienholder Name   :


ELT Sent Date . . . . :
Lien Type . . . . . . :
Owner Driver License# :


Brand code . . . . :


Release name . . . :
Release address 1  :
Rel City/State/Zip :    ,


PDP Doc Ref :    50000129452 / 00001              SVTTSAPI     4/10/26  16:31:23