UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Chapter 13
   William Esworthy,                                             Bky. No. 26-11220-DJB-13
      Debtor(s).

**STATE OF TEXAS**                    )
                                                      ) ss.
**COUNTY OF DALLAS**               )                    **AFFIDAVIT**

   I, Garrett Nelson, a bankruptcy specialist of AmeriCredit Financial Services, Inc. dba GM Financial, declare under penalty of perjury that I have personal knowledge of the information set forth below, which is true and correct to the best of my knowledge, information and belief:

   1.    This affidavit is based on the loan payment records of AmeriCredit Financial Services, Inc. dba GM Financial  These records are regularly maintained in the course of business and it is the regular practice to make and maintain these records.  These records reflect the loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information.  I maintain these records and regularly use and rely upon them in the performance of my duties.

   2.    AmeriCredit Financial Services, Inc. dba GM Financial has a valid, perfected security interest in the following (the "Collateral"):
         2020 Chevrolet Silverado serial number 1GB4YLE75LF245769.

   3.    $17,104.41   is the outstanding balance under the contract.

   4.    $2,337.75   is the amount of the existing delinquency under the contract.

   5.    $26,025.00   is the fair market value of the Collateral.

   6.              No   Appropriate insurance has been verified.

   7.              n/a   is the payment default under the Chapter 13 Plan.

                  Further your affiant sayeth not.


Dated:    4/10/2026


                                                        _____
                                                        Garrett Nelson
Subscribed and sworn to before me on April 10,          Bankruptcy Specialist
2026                                                    AmeriCredit Financial Services, Inc. dba GM
                                                        Financial


_____
      Notary

xxxxx92182 / 157884 / 1130976