IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE: )
) 26-11220 (DJB)
WILLIAM ESWORTHY )
)
**Debtor(s)** ) Chapter 13
)
)

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for AmeriCredit Financial Services, Inc. dba GM Financial hereby certifies as follows:

1.  I am the attorney for GM Financial and am fully familiar with the facts of this case.

2.  On April 15, 2026, I served by electronic means and/or by regular mail, a copy of the Notice Of Motion, Motion For Relief From Stay, and Proposed Order to the following individuals:

| Debtor | Debtor's Attorney |
|---|---|
| William Esworthy | Michael A. Cibik, Esq. |
| 10 Street Rd. | Cibik Law, P.C. |
| Newtown Sq, PA 19073 | 1500 Walnut Street |
| | Suite 900 |
| | Philadelphia, PA 19102 |

| Office of the US Trustee | Trustee |
|---|---|
| Office of United States Trustee | Kenneth E. West |
| Robert N.C. Nix Federal Building | Office of the Chapter 13 Standing Trustee |
| 900 Market Street | 190 N. Independence Mall West |
| Suite 320 | Suite 701 |
| Philadelphia, PA 19107 | Philadelphia, PA 19106 |

Date: 4/15/26

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania