IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: WILLIAM ESWORTHY ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | |
| dba GM FINANCIAL ) | Case No.: 26-11220 (DJB) |
| **Moving Party** ) | |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| WILLIAM ESWORTHY ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the Motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's state court rights in the personal property described as a **2020 Chevrolet Silverado** bearing vehicle identification number 1GB4YLE75LF245769 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  **May 13, 2026**

_____
UNITED STATES BANKRUPTCY JUDGE
DEREK J. BAKER