United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                           Case No. 26-11220-djb

William Esworthy                                                                 Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

**Recip ID        Recipient Name and Address**
db                William Esworthy, 10 Street Rd, Newtown Sq, PA 19073-1014

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | | |
| | | May 14 2026 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | May 14 2026 00:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | May 14 2026 00:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | May 14 2026 00:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 13, 2026                       Form ID: pdf900                                Total Noticed: 5

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor William Esworthy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: WILLIAM ESWORTHY | ) |
| **Debtor(s)** | ) |
| | ) CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. | ) |
| dba GM FINANCIAL | ) Case No.: 26-11220 (DJB) |
| **Moving Party** | ) |
| | ) |
| v. | ) 11 U.S.C. 362 |
| | ) |
| WILLIAM ESWORTHY | ) |
| **Respondent(s)** | ) |
| | ) |
| KENNETH E. WEST | ) |
| **Trustee** | ) |
| | ) |
| | ) |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's state court rights in the personal property described as a **2020 Chevrolet Silverado** bearing vehicle identification number 1GB4YLE75LF245769 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  **May 13, 2026**

_____
UNITED STATES BANKRUPTCY JUDGE
DEREK J. BAKER