United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11220-djb
William Esworthy Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 03, 2026 Form ID: 155 Total Noticed: 15

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William Esworthy, 10 Street Rd, Newtown Sq, PA 19073-1014 |
| 15129606 | + | AmeriCredit Financial Services, Inc, William E. Craig, Esquire, 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 15119935 | | Bernstein-Burkley, P.C., Firm #718, 601 Grant St Fl 9, Pittsburgh, PA 15219-4430 |
| 15119936 | | FC Marketplace, LLC, c/o Burnstein-Burkley, P.C., 601 Grant St Fl 9, Pittsburgh, PA 15219-4430 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15136697 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 04 2026 02:02:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15126705 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 04 2026 02:02:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15119937 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 04 2026 02:02:00 | GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 15150617 | | Email/Text: headwaybnc@enova.com | Sep 04 2026 02:02:00 | Headway Capital LLC, 175 West Jackson Blvd., Suite 600, Chicago, IL 60604 |
| 15119938 | | Email/Text: bkfilings@zwickerpc.com | Sep 04 2026 02:02:00 | Headway Capital, LLC, c/o Zwicker & Associates, P.C., 900 Northbrook Dr Ste 102, Fstrvl Trvose, PA 19053-8432 |
| 15145489 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 04 2026 02:02:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15119941 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 04 2026 02:02:00 | PNC Financial/PNC Bank, Attn: Bankruptcy, 300Fifth Ave, Pittsburgh, PA 15222 |
| 15119939 | ^ | MEBN | Sep 04 2026 02:01:34 | Penn Medicine, Attn: Bankruptcy, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 15119940 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 04 2026 02:02:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15139799 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 04 2026 02:05:48 | Wells Fargo Bank, N.A., PO Box 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15119942 | | Email/Text: bkfilings@zwickerpc.com | Sep 04 2026 02:02:00 | Zwicker & Associates, P.C., Attn: Bankruptcy, 900 Northbrook Dr Ste 102, Fstrvl Trvose, PA 19053-8432 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor William Esworthy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| William Esworthy | ) | Case No. 26−11220−djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 3, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court